IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-1046-D

AMY GERICS, Administrator of the )
Estate of Johanne Dimidio, Deceased, )
)
              Plaintiff, )
)
v. ) **ORDER**
)
ACCORDIUS HEALTH AT )
WILMINGTON, LLC, et al., )
)
              Defendants. )

On June 7, 2023, defendants moved to compel arbitration and stay proceedings [D.E. 6] and file a memorandum in support [D.E. 7]. On June 28, 2023, plaintiff responded in opposition [D.E. 11]. On July 12, 2023, defendants replied [D.E. 12].

The court has reviewed the record and the governing law. Plaintiff had the mental capacity to contract. Thus, the court GRANTS defendants' motion to compel arbitration and stay proceedings [D.E. 6]. The parties shall advise the court once the parties have completed arbitration.

SO ORDERED. This 25 day of July, 2023.

                                                            JAMES C. DEVER III
                                                            United States District Judge